STATE OF MAINE                          SUPERIOR COURT
PENOBSCOT, ss                           DOCKET NO. CV-08-113
                                        KMC - PEN - 9/30/2011


DALE LEONARD
     Plaintiff


v.


JESSE ULVILA
DENNIS ULVILA
KELLY ULVILA


                    DECISION AND ORDER

     This matter was before the Court on a damage hearing
that was held on September 30, 2011, in Bangor Superior
Court.  The only evidence came from the testimony of Dale
Leonard.

     This matter was before the Court on Notices of Default
entered by the Clerk on Dennis Ulvila on May 29, 2008 and
Kelly Ulvila on June 16, 2008.  The Court hereby issues
Judgment of Default in favor of Dennis Leonard and against
Dennis Ulvila and Kelly Ulvila.

     By Order dated March 8, 2011, the Court (Studstrup,
J.) found Jesse Ulvila negligent and deferred a decision on
damages.

     The issue of damages is now before this Court with
respect to all 3 defendants.

     The Court evaluated the testimony of Mr. Leonard that
was taken by phone, as previously authorized by this Court.
Although neither evidence of special damages in the form of
medical bills, nor medical records were offered, the Court
developed a sense of what the plaintiff has been through
since April 25, 2000.  The immediate pain, loss of vision
and fear associated with the loss of vision, coupled with
daily visits with the eye doctor tapering off to every
other day visits from Calais to Bangor, coupled with
ongoing visits and pain which lasted for 10 years
represented a significant amount of pain and suffering

caused by Jesse Ulvila's negligence and his parents failure to supervise.[1]

The left eye injury initially required a protective patch and hourly eye drops for pain and treatment of the injury. The loss of vision in the left eye left Mr. Leonard essentially blind in one eye until he had corrective surgery in Boston in 2010 which improved his vision and hyper light sensitivity, though both remained as a continuing disability.

While the injury reportedly made Mr. Leonard's high school and college education more difficult, Mr. Leonard did graduate UMO with a BS Degree in Electrical Technology and has found employment in that field, thereby diminishing any claim for lost earnings.

Given the nature of the claims, the evidence of damages in terms of pain and suffering, it is the decision of this Court that damages be awarded to Dale Leonard in the amount of Twenty Five Thousand Dollars ($25,000) jointly and severally against Jesse Ulvila, Dennis Ulvila and Kelly Ulvila, together with interest and costs.

At the direction of the Court, this Order shall be incorporated into the docket by reference. Rule 79(a) M.R.Civ.P.

September 30, 2011

Kevin M. Cuddy
Justice, Superior Court

---

[1] Defense counsel argues that the parent's damages should be limited to $800 joint and several as provided by 14 M.R.S.§304. Justice Murphy, in her decision denying the Motion for Summary Judgment, makes it clear and binding that damages are not limited by that statute.